**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


IN THE INTEREST OF: A.A., A MINOR    :   No. 171 MM 2016
                                            :
                                            :
PETITION OF: A.A.                       :


## ORDER


**PER CURIAM**

      **AND NOW**, this 10th day of February, 2017, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**.  Counsel is **DIRECTED** to submit a Petition for Allowance of Appeal within 15 days.